■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE D'AGOSTINO, Appellant.—Judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered September 23, 1983, affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DAVIS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County (McNab, J.), rendered August 4, 1983, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence adduced at trial was sufficient to permit a rational trier of fact to find that defendant was guilty, as charged, of assault in the second degree (Penal Law § 120.05 [3]; *People v Contes,* 60 NY2d 620, 621). Defendant's contention that the People did not specifically disprove his defense beyond a reasonable doubt, is without merit, as there was sufficient evidence for the jury to find guilt beyond a reasonable doubt.

Defendant's second contention, that admitting statements he made at a prior sentencing hearing to show his state of mind was improper, is without merit as well *(see,* Richardson, Evidence § 288 [Prince 10th ed]; *People v Gallo,* 12 NY2d 12). Lazer, J. P., Thompson, Weinstein and Niehoff, JJ., concur.